

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

One Pierrepont Plaza
Brooklyn, New York 11201

Mailing Address:   147 Pierrepont Street
Brooklyn, New York 11201

August 25, 2005

**BY ECF**

The Honorable Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>    Re:  United States v. Basciano, *et al*
>         94-CR-1240 (RJD)

Dear Judge Dearie:

I respectfully inform the Court that I am not the attorney of record in the above-captioned matters. The attorney of record is Assistant U.S. Attorney JoAnn Navickas, who may be contacted at (718) 254-6342 and JoAnn.Navickas@usdoj.gov. Please substitute her name for mine in the ECF notification for these matters.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney

By: /s/ Steven H. Breslow

Steven H. Breslow
Assistant U.S. Attorney
718-254-6243

cc:  Clerk of the Court (RJD)