```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

      -against-                            ORDER

DINO BASCIANO,                             94 CR 1240 (RJD)

           Defendant.
- - - - - - - - - - - - - - - - -X
```

Upon application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Rachel J. Nash, Assistant United States Attorney, it is hereby

ORDERED that the sealed files in the above-captioned matter be provided to the government in order to permit the government to review the files and comply with any discovery obligations pursuant to 18 U.S.C. § 3500 and Giglio v. United States, 405 U.S. 150 (1972).

Dated:   Brooklyn, New York
         April 26, 2012

                           s/ Judge Raymond J. Dearie

                           _____
                           THE HONORABLE RAYMOND J. DEARIE
                           UNITED STATES DISTRICT COURT JUDGE
                           EASTERN DISTRICT OF NEW YORK